Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

No. 59551.—Bertrand Freres, Inc., et.al. v. United States, protests 264111–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

No. 59552.—Bertrand Freres, Inc., et al. v. United States, protests 267079–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

No. 59553.—Reichard-Coulston, Inc. v. United States, protest 237506–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

No. 59554.—St. Stephen's Rectory v. United States, protest 243918–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

No. 59555.—E. Leitz, Inc. v. United States, protest 251775–K (New York).